IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00395-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    OSMAN JAVIER MARTINEZ,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 8 2006

GREGORY C. LANGHAM
CLERK

---

**ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant.

The Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Osman Javier Martinez (DOC # 122081), defendant, now confined in the Four Mile Correctional Facility located at 57500 E. Highway 50 and Evans Blvd., Canyon City, CO 81212, before a United States Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for an initial appearance hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for

the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this 8th day of February, 2006.

BY THE COURT:

*[signature]*

~~JUDGE WILEY Y. DANIEL~~
~~UNITED STATES DISTRICT COURT~~
~~DISTRICT OF COLORADO~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE