UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-00395

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSMAN JAVIER MARTINEZ,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, April 28, 2006,** and responses to these motions shall be filed by **Friday, May 5, 2006**. It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, May 11, 2006, at 9:00 a.m.** It is

    FURTHER ORDERED that a 2-day jury trial is set to commence **Monday, May 22, 2006 at 9:00 a.m.**

    Dated: March 31, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge